Milton T. Woolley, Respondent, v. Adolph Hollander, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Jacob S. Wortman, Respondent, v. Catherine M. Wood, Defendant, Impleaded with Mary E. Potter, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Joseph Hefner, Appellant, v. Reinforced Cement Construction Company, Respondent.— Motion to open default granted on condition that the plaintiff perfect his appeal within ten days, pay ten dollars costs, and be ready for argument when reached. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Gotlieben Hefty, as Administratrix, etc., Appellant, v. Staten Island Railway Company, Respondent.— Motion denied. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Charles H. Israels and Julius F. Harder, as Copartners, etc., Appellants, v. Ranald H. Macdonald and Joseph F. Egan, etc., Respondents.— Motion granted. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Maxim M. Appell for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Proving the Last Will and Testament of Hester Hunt, Deceased.— Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Samuel P. McConnell for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of a New Street, Rockaway Beach, between Bayview Avenue and Eldert Avenue.— Motion granted, without costs. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ. Settle order before Mr. Justice Jenks.

In the Matter of the Application of A. Charles Teplitz for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Christina Johnson, Appellant, v. John J. Manning, as President, etc., Respondent.— Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Alice Judson, Appellant, v. John T. Mills, Jr., and Another, Respondents. — Motion denied upon plaintiff stipulating to stay the appeal from the judgment until the appeal from the order correcting the findings and judgment is heard and decided; otherwise motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.